Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA 90010-1137

| | |
|---|---|
| CRYSTAL REDICK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DE LA NONNA LLC, a California limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-07707-DSF-PLA<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint filed:  October 21, 2022<br>Trial Date:        Not Set |

Plaintiff Crystal Redick ("Plaintiff") hereby notifies the Court that the claims of Plaintiff have settled. A Notice of Dismissal with Prejudice as to all of Plaintiff's claims will be filed upon execution of a formal settlement agreement in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: December 29, 2022                    Respectfully Submitted,


*/s/ Binyamin I. Manoucheri*
Thiago M. Coelho
Binyamin I. Manoucheri
**WILSHIRE LAW FIRM**
*Attorneys for Plaintiff*

1

### CERTIFICATE OF SERVICE

2

The undersigned hereby certifies that on December 29, 2022, a true

3

and correct copy of the foregoing was electronically filed with the Clerk of the

4

Court using the Court's CM/ECF system, which sent notification to all counsel of

5

record, who are deemed to have consented to electronic service via the CM/ECF

6

system.

7

Dated: December 29, 2022                    */s/ Binyamin I. Manoucheri*

8

Binyamin I. Manoucheri

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA 90010-1137