Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Carolin K. Shining, SBN 201140
cshining@wilshirelawfirm.com
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff, Crystal Redick*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL REDICK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DE LA NONNA LLC, a California limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-07707-DSF-PLA<br><br>*Hon. Judge Dale S. Fischer*<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Complaint filed: October 21, 2022<br>Trial Date: None Set |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Crystal Redick requests that this Court enter a dismissal of the entire case, including all claims and causes of action, with prejudice in the above-entitled action. Each party shall bear her or its own fees and costs.

Dated: April 20, 2023   **WILSHIRE LAW FIRM, PLC**

*/s/ Carolin K. Shining*
Thiago M. Coelho
Carolin K. Shining
*Attorneys for Plaintiff*